IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

JUL 22 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01250-OES

KENNETH L. YORK,

    Applicant,

v.

JUANITA A. McCULLEY,

    Respondent.

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED APPLICATION

---

Applicant Kenneth L. York is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. York initiated this action by filing *pro se* a document titled "Motion/Petition Under USC 28 § 2241-2243." On July 18, 2005, he filed on the proper form an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the amended application liberally because Mr. York is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. York will be ordered to file a second amended application.

The court has reviewed the amended application filed in this action and finds that the amended application is deficient because Mr. York fails to set forth clearly and concisely the claims for relief he is asserting. Construing the amended application

liberally, it appears that Mr. York may be challenging the validity of his conviction or sentence. However, it is not clear that Mr. York is challenging the validity of his conviction or his sentence because he also fails to set forth clearly and concisely the relief he seeks in this action. As a result, Mr. York will be ordered to file a second amended application to clarify the claims he is asserting and the relief he seeks. In order to pursue his claims in this action, Mr. York must allege, clearly and concisely, which of his constitutional rights have been violated and how they have been violated. Accordingly, it is

ORDERED that Mr. York file **within thirty (30) days from the date of this order** a second amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. York, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. York fails within the time allowed to file a second amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 21st day of July, 2005.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01250-OES

Kenneth L. York
Reg. No. 09396-084
USP – Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 7/22/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk